UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LARRY L. WHITE,

    Plaintiff,

v.

SF COUNTY OF et al,

    Defendant.
_____/

Case Number: CV09-02901 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Lionel White G-37720
Unit C-144
P.O. Box 8457
Lancaster, CA 93539-8457

Prison Trust Account Office
Unit C-144
P.O. Box 8457
Lancaster, CA 93539-8457

Financial Division

Dated: February 10, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk