UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE, | No. C 09-2901 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTY OF SAN FRANCISCO; et al., | |
| Defendants. | |

This action is dismissed without prejudice to plaintiff filing a new action if his criminal conviction is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 9, 2010

SUSAN ILLSTON
United States District Judge