UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY LIONEL WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN FRANCISCO;<br>et al.,<br><br>    Defendants.<br>_____/ | No. C 09-2901 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to plaintiff filing a new action if his criminal conviction is ever set aside.

IT IS SO ORDERED AND ADJUDGED.

Dated: February 9, 2010

                                SUSAN ILLSTON
                              United States District Judge